IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**EMMANUEL STERGEN**                                                                                       **PLAINTIFF**

V.                                          **CASE NO. 5:24-CV-5155**

**ELIZABETH STOREY-BRYAN**
**and DETECTIVE JUSTIN COLLINS**                                                              **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 21) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Plaintiff Emmanuel Stergen filed Objections to the R&R (Doc. 24), which triggered the Court's *de novo* review of the record.

Having completed its review, the Court **OVERRULES** all objections and endorses the R&R's reasoning. Federal courts lack jurisdiction over domestic relations matters. None of Mr. Stergen's claims—even when viewed in the light most favorable to him—raise prima facie issues of constitutional dimension.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 21) is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED** for lack of federal jurisdiction.

**IT IS SO ORDERED** on this 17th day of October, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE